AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KENNY A. ELAZZEH,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,<br>*Commissioner of the Social<br>Security Administration,*<br>    Defendant. | ) **CASE NO. 4:10-CV-16-D**<br>)<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court has reviewed the Memorandum and Recommendations, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E. 29] is DENIED, defendant's motion for judgment on the pleadings [D.E. 31] is GRANTED, the defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 28, 2011** WITH A COPY TO:

Kenny A. Elazzeh, pro se  (via U.S. Postal Service to 1611 Race Track Road, New Bern, NC 28562)

Candace H. Lawrence  (via CM/ECF Notice of Electronic Filing)


February 28, 2011                      DENNIS P. IAVARONE, Clerk
Date                               Eastern District of North Carolina

                                       /s/Debby Sawyer
                                       (By) Deputy Clerk

Raleigh, North Carolina